**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CHRISTA WEILHOUWER, as personal representative de son tort of the estate of Daniel Wielhouwer,**

    **Plaintiff,**

**v.**                                                     **Case No.  8:09-cv-2115-T-30MAP**

**ALZA CORPORATION, et al.,**

    **Defendants.**
_____/

**ORDER**

      This cause comes before the Court on its own motion.  Upon examination of the file in the above-styled action, the undersigned has determined that there is cause for recusal because he owns stock in Johnson & Johnson, which is the parent corporation of Defendant ALZA CORPORATION.  Accordingly, the undersigned recuses himself from all further participation in this case.  The Clerk of the Court is instructed to reassign this case to another District Judge under the blind filing system established pursuant to the rules of this Court.

      **DONE** and **ORDERED** in Tampa, Florida on November 10, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-2115.recuse.frm